# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| KRYSTAL RAE STORM,<br>a/k/a KRYSTAL R. STORM,<br>a/k/a KRYSTAL STORM,<br>a/k/a KRYSTAL RAE FUNK,<br>a/k/a KRYSTAL R. FUNK,<br>a/k/a KRYSTAL FUNK, | CASE NO.: 5:22-bk-01190-MJC |
| Debtor | |

**ORDER GRANTING**
**MOTION TO SELL REAL PROPERTY OF THE ESTATE**

Upon consideration of Debtor's Motion to Sell Real Property of the Estate: 832 Columbus Avenue, Stroudsburg, PA 18360, Dkt. # 52 ("Motion"), no objections having been filed thereto, it is hereby **ORDERED** that said Motion is **GRANTED**, and further that Debtor be and is hereby **AUTHORIZED** to execute any and all documents necessary to complete the sale of 832 Columbus Avenue, Stroudsburg, PA 18360, for the sum of TWO HUNDRED THIRTY-FIVE THOUSAND AND 00/100 (**$235,000.00**) DOLLARS, to Eva Gutierrez, Arfang Diedhiou, and Angeliz Martinez.

**IT IS FURTHER ORDERED** that distribution of the proceeds from the sale of the real estate at settlement, be made as follows:

a. Any out-of-pocket expenses advanced by or on behalf of Debtor and/or her realtors or closing agents in connection with the sale of the aforementioned property, and which have not been reimbursed at the time of settlement; then to

b. Any notarization, document preparation, mail or wire fees, and/or incidental recording fees associated with the sale of the above property; then to

c. Any transfer tax which is the responsibility of the Debtor; then to

d. Realtors' commissions in accordance with the applicable agreement of sale and law; then to

e. Attorneys' Fees of $1,000.00 to Newman Williams, P.C. for preparing, filing and serving the instant motion and resolving objections, if any, and including deed preparation; then to,

f. Any real estate taxes, tax liens and municipal liens; then to

g. The mortgage of Citizens Bank, N.A. s/b/m to Citizens Bank of Pennsylvania shall be paid in full subject to a proper and accurate payoff at the time of sale; then to

h. Debtor on account of her exempt interest in the Property ($25,453.50); then to

i. Standing Chapter 13 Trustee Jack N. Zaharopoulos, Esq., for distribution pursuant to Debtor's current Chapter 13 Plan; then

j. The remaining proceeds, if any, to Debtor and Co-owner of the property as tenants by the entireties.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: June 20, 2023